**John Douglas HUNTER, Plaintiff-Appellant,**

v.

**Ron DAVIS, Warden; et al., Defendants-Appellees.**

**No. 17-15536**

United States Court of Appeals, Ninth Circuit.

Submitted October 23, 2017 *

Filed November 1, 2017

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

John Douglas Hunter, Pro Se

Before: LEAVY, WATFORD, and FRIEDLAND, Circuit Judges.

MEMORANDUM **

John Douglas Hunter, a California state prisoner, appeals pro se from the district court judgment dismissing his 42 U.S.C. § 1983 action alleging unlawful conditions of confinement. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Wilhelm v. Rotman*, 680 F.3d 1113, 1118 (2012). We affirm.

The district court properly dismissed Hunter's action because Hunter failed to allege facts sufficient to show that any defendant knew of and disregarded an excessive risk to his health. *See Toguchi v. Chung*, 391 F.3d 1051, 1057-58 (9th Cir. 2004) (a prison official acts with deliberate indifference only if he or she knows of and disregards an excessive risk to the prisoner's health; mere negligence is insufficient to establish deliberate indifference).

We reject as unsupported by the record Hunter's contention that the district judge was biased against him.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).